**No. 46751.**—Protests 886413–G, etc., of H. W. Robinson & Co. et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question consisting of articles (not fabrics) in part of silk or artificial silk, or both, was held not subject to countervailing duty as claimed.